UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **GARY W. DELRIO** | **CIVIL ACTION NO. 18-0618** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **LIFE INSURANCE CO. OF NORTH AMERICA** | **MAG. JUDGE KAREN L. HAYES** |

**J U D G M E N T**

Upon consideration,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Joint Motion and Order of Dismissal [Doc. No. 7] is **GRANTED**, and all claims in the above-referenced matter are **DISMISSED WITH PREJUDICE**.

MONROE, LOUISIANA, this 9th day of October, 2018.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE